1

2

3

4

5

6

7

FILED
CLERK, U.S. DISTRICT COURT

**9/26/25**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MRV _____ DEPUTY

8    UNITED STATES DISTRICT COURT

9    FOR THE CENTRAL DISTRICT OF CALIFORNIA

10    June 2025 Grand Jury

11   UNITED STATES OF AMERICA,

12        Plaintiff,

13        v.

14   JONATHAN MICHAEL ALFARO,

15        Defendants.

CR 2:25-cr-00787-JLS

I N D I C T M E N T

[18 U.S.C. § 111(a)(1), (b):
Assault on Federal Officer Using a
Deadly or Dangerous Weapon]

16

17       The Grand Jury charges:

18                    COUNT ONE

19              [18 U.S.C. § 111(a)(1), (b)]

20       On or about September 1, 2025, in Los Angeles County, within the

21   Central District of California, defendant JONATHAN MICHAEL ALFARO

22   intentionally and forcibly assaulted, resisted, impeded, intimidated,

23   and interfered with victim C.M., an employee of Federal Protective

24   Service, while C.M. was engaged in, and on account of, the

25   performance of C.M.'s official duties, and in doing so, made physical

26   contact with C.M., and used a deadly and dangerous weapon, namely, a

27   car.

28

COUNT TWO

[18 U.S.C. § 111(a)(1), (b)]

On or about September 1, 2025, in Los Angeles County, within the Central District of California, defendant JONATHAN MICHAEL ALFARO intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim G.D., an employee of Federal Protective Service, while G.D. was engaged in, and on account of, the performance of G.D.'s official duties, and in doing so, used a deadly and dangerous weapon, namely, a car.

2

COUNT THREE

[18 U.S.C. § 111(a)(1), (b)]

On or about September 1, 2025, in Los Angeles County, within the Central District of California, defendant JONATHAN MICHAEL ALFARO intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim C.G., an employee of Federal Protective Service, while C.G. was engaged in, and on account of, the

//

//

1  performance of C.G.'s official duties, and in doing so, used a deadly

2  and dangerous weapon, namely, a car.

3

4                                         A TRUE BILL

5

6                                         /S/
                                          _____

7                                         Foreperson

8  BILAL A. ESSAYLI
   Acting United States Attorney

9

10 JOSEPH T. MCNALLY
   Assistant United States Attorney
   Acting Chief, Criminal Division

11

12 *Frances S. Lewis (signature)*

13 FRANCES S. LEWIS
   Assistant United States Attorney

14 Chief, General Crimes Section

15 SHAWN T. ANDREWS
   Assistant United States Attorney

16 Deputy Chief, General Crimes Section

17 NEIL P. THAKOR
   Assistant United States Attorney

18 General Crimes Section

19

20

21

22

23

24

25

26

27

28

                        4