UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:25-cr-00787-JLS    Date: 10/06/2025

Present: The Honorable: Pedro V. Castillo, United States Magistrate Judge

Interpreter N/A    Language N/A

| Marlene Ramirez | CS 10/06/2025 | Monika Hara |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s) ✔ Present    In Custody    Attorneys for Defendants: ✔ Present    DFPD

Johnathan Michael Alfaro    Lisa Shinar LaBarre

**Proceedings: Arraignment of Defendant and/or**    ✔ Assignment of Case    Appointment of Counsel
Initial Appearance

* Defendant states true name is the name on the Indictment.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Josephine L. Staton.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 11/18/2025 9:00 AM;
Status Conference: 11/07/2025 8:30 AM
* The parties are referred to Judge Staton's Procedures and Schedules to obtain a copy of the judge's trial order located on the Court's website at www.cacd.uscourts.gov.
Judge Staton is located in 8A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA      PSAED       PSASA          Initial Appearance/Appointment of Counsel: 00 : 00
     USMLA      USMED       USMSA
     Statistics Clerk        Interpreter                               Arraignment: 00 : 03
     CJA Supervising Attorney   Fiscal             Initials of Deputy Clerk: MR by TRB

CR-11A                Criminal Minutes – Arraignment                Page 1