UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JOHNATHAN MICHAEL ALFARO,<br><br>        Defendant. | No. 2:25-CR-00787-JLS<br><br>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**TRIAL DATE: 3/17/2026**<br><br>**PTC DATE: 3/5/2026** |

1    The Court has read and considered the Stipulation Regarding
2 Request for (1) Continuance of Trial Date and (2) Findings of
3 Excludable Time Periods Pursuant to Speedy Trial Act.  The Court
4 hereby finds that the Stipulation, which this Court incorporates by
5 reference into this Order, demonstrates facts that support a
6 continuance of the trial date in this matter, and provides good cause
7 for a finding of excludable time pursuant to the Speedy Trial Act, 18
8 U.S.C. § 3161.
9    The Court further finds that:  (i) the ends of justice served by
10 the continuance outweigh the best interest of the public and
11 defendant in a speedy trial; (ii) failure to grant the continuance
12 would be likely to make a continuation of the proceeding impossible,
13 or result in a miscarriage of justice; and (iii) failure to grant the
14 continuance would unreasonably deny defendant continuity of counsel
15 and would deny defense counsel the reasonable time necessary for
16 effective preparation, taking into account the exercise of due
17 diligence.
18    THEREFORE, FOR GOOD CAUSE SHOWN:
19    1.   The trial in this matter is continued from November 18,
20 2025 to March 17, 2026, at 9:00 a.m.  The status conference hearing
21 is continued from November 7, 2025 to March 5, 2026, at 8:30 a.m.
22    2.   For purposes of computing the date under the Speedy Trial
23 Act by which defendant's trial must commence, the time period of
24 November 4, 2025 to March 17, 2026, inclusive, is excluded in
25 pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and
26 (h)(7)(B)(iv).
27    3.   Nothing in this Order shall preclude a finding that other
28 provisions of the Speedy Trial Act dictate that additional time

periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

    IT IS SO ORDERED.

November 6, 2025
DATE

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE