**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,
Plaintiff,
v.
JOHNATHAN MICHAEL ALFARO,
Defendant.

Case No. 2:25-CR-00787-JLS

**ORDER CONTINUING SENTENCING**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that that the sentencing hearing for Johnathan Michael Alfaro is continued to November 5, 2026 at 2:00 p.m. Position papers shall be filed on or before October 22, 2026.

DATED: September 9, 2026 By ______________________
HON. JOSEPHINE L. STATON
United States District Judge